██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELIQUE M. MURTAUGH, Appellant. [852 NYS2d 879]—

Memorandum: On appeal from a judgment convicting her upon a jury verdict of two counts each of forgery in the second degree (Penal Law § 170.10 [1]) and petit larceny (§ 155.25), defendant challenges the sufficiency of the factual allegations supporting the forgery counts in the indictment (*see* CPL 200.50 [7]). Defendant failed to preserve that challenge for our review (*see People v Iannone*, 45 NY2d 589, 600 [1978]; *People v Soto*, 44 NY2d 683, 684 [1978]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice

(*see* CPL 470.15 [6] [a]). The verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Present—Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.